PROBER & RAPHAEL, A LAW CORPORATION
LEE S. RAPHAEL, ESQUIRE, #180030
CASSANDRA J. RICHEY, ESQUIRE #155721
DAVID F. MAKKABI, ESQUIRE #249825
MELISSA VERMILLION, ESQUIRE #241354
20750 Ventura Boulevard, Suite 100
Woodland Hills, California 91364
(818) 227-0100
F.040-978
Attorneys for Movant

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | Bk. No. 2:09-bk-34424-VZ |
| BLANCA HERRERA, | Chapter 13 |
| Debtor. | |
| U.S. BANK, N.A., SUCCESSOR IN INTEREST TO THE FDIC AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., its assignees and/or successors in interest, | |
| Movant, | Hearing: |
| | Date: 04/27/10 |
| vs. | Time: 9:30 a.m. |
| | Place: U.S. Bankruptcy Court |
| BLANCA HERRERA; | 255 E. Temple Street |
| NANCY K. CURRY, Trustee, | Los Angeles, California |
| | Courtroom: 1368 |
| Respondents. | Floor: 13th |

**STIPULATION FOR ADEQUATE PROTECTION RE SECTION 362 STAY**
(COVER PAGE)

1

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Prober & Raphael, A Law Corporation**<br>**Lee S. Raphael, Esq., BAR ID: 180030**<br>**Cassandra J. Richey, Esq., BAR ID: 155721**<br>**David F. Makkabi, Esq., BAR ID: 249825**<br>**20750 Ventura Boulevard, Suite 100**<br>**Woodland Hills, California 91364**<br>**Telephone # (818) 227-0100**<br>**Fax # (818) 227-0101**<br>**Email cmartin@pprlaw.net**<br>☐ *Individual appearing without counsel*<br>☒ *Attorney for Movant* (F.040-978) | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br>Blanca Herrera<br><br>Debtor(s). | CHAPTER: 13<br><br>CASE NO.: 2:09-bk-34424-VZ<br>DATE: 04/27/10<br>TIME: 9:30 a.m.<br>CTRM: 1368<br>FLOOR: 13th |
|---|---|

# ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY
## UNDER 11 U.S.C. § 362 (Real Property)
### (MOVANT: <u>U.S. BANK, N.A., SUCCESSOR IN INTEREST TO THE FDIC AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.</u>)

1. The Motion was: ☐ Contested    ☐ Uncontested    ☒ Settled by stipulation

2. The Motion affects the following real property (the "Property"):

    *Street Address:* **4230 Van Buren Place**
    *Apartment/Suite No.:*
    *City, State, Zip Code:* **Los Angeles, California 90037**

    Legal description or document recording number (including county of recording):
    Recorded on August 14, 2006 as Document 06 1796943, official records, Recorder's Office, Los Angeles County, California.

    ☐ See attached page.

3. The Motion is granted under: ☐ 11 U.S.C. § 362(d)(1)    ☐ 11 U.S.C. § 362(d)(2)    ☐ 11 U.S.C. § 362(d)(3)
    ☐ 11 U.S.C. § 362(d)(4)

4. As to Movant, its successors, transferees and assigns ("Movant"), the stay of 11 U.S.C. § 362(a) is:
    a. ☐ Terminated as to Debtor(s) and Debtor's(s') bankruptcy estate.
    b. ☐ Annulled retroactively to the date of the bankruptcy petition filing.
    c. ☒ Modified or conditioned as set forth in Exhibit __1__ to this Order.

5. ☐ Movant may enforce its remedies to foreclose upon and obtain possession of the Property in accordance with applicable non-bankruptcy law, but may not pursue any deficiency claim against the Debtor(s) or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                    **F 4001-1O.RP**

Order on Motion for Relief from Stay (Real Property) - Page 2 of 7

| In Re | (SHORT TITLE) | | CHAPTER: | 13 |
|---|---|---|---|---|
| Blanca Herrera | | Debtor(s) | CASE NO: | 2:09-bk-34424-VZ |

6. ☐ Movant shall not conduct a foreclosure sale before the following date (*specify*):

7. ☒ The stay shall remain in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8. ☐ In chapter 13 cases, the trustee shall not make any further payments on account of Movant's secured claim after entry of this Order. The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency. Absent a stipulation or order to the contrary, Movant shall return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9. ☐ The filing of the petition was part of a scheme to delay, hinder and defraud creditors that involved either:

   ☐ transfer of all or part ownership of, or other interest in, the Property without the consent of the secured creditor or court approval.

   ☐ multiple bankruptcy filings affecting the Property.

   If recorded in compliance with applicable state laws governing notices of interest or liens in the Property, this Order is binding and effective under 11 U.S.C. § 362(d)(4)(A) and (B) in any other bankruptcy case purporting to affect the Property filed not later than two (2) years after the date of entry of this Order, except that a debtor in a subsequent bankruptcy case may move for relief from this Order based upon changed circumstances or for good cause shown, after notice and a hearing. Any federal, state or local governmental unit that accepts notices of interests or liens in real property shall accept a certified copy of this Order for indexing and recording.

10. This Court further orders as follows:

    a. ☒ This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.
    b. ☒ The 14-day stay provided by Bankruptcy Rule 4001(a)(3) is waived.
    c. ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply *(attach Optional Form F 4001-1O.ER)*.
    d. ☐ See attached continuation page for additional provisions.

# # #

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                                                           **F 4001-1O.RP**

| In Re | (SHORT TITLE) | | CHAPTER: | 13 |
|---|---|---|---|---|
| Blanca Herrera | | Debtor(s) | CASE NO: | 2:09-bk-34424-VZ |

# ADEQUATE PROTECTION ATTACHMENT
## (MOVANT: U.S. BANK, N.A., SUCCESSOR IN INTEREST TO THE FDIC AS RECEIVER FOR DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A.)

*(This Attachment is the continuation page for Paragraph 7 of the Order on the Motion.)*

The stay shall remain in effect subject to the following terms and conditions:

1. ☐ The Debtor(s) tendered payments at the hearing in the amount of $_____.
2. ☒ The Debtor(s) shall make regular monthly payments in the amount of $ 721.60 commencing June 1, 2010.
   The amount of these payments may be subject to change under the terms of the parties' original agreements. All payments due Movant hereunder shall be paid to Movant at the following address:

   > U.S. Bank Home Mortgage/Downey Savings & Loan Association
   > 3121 Michelson Drive, Suite 500
   > Irvine, CA 92612

3. ☒ The Debtor(s) shall cure the postpetition default computed through May 2010 in the sum of $ 1,503.50 as follows:

   a. ☒ In equal monthly installments of $ 250.58 each commencing June 1, 2010 and continuing thereafter through and including October 1, 2010,

   b. ☒ By paying the sum of $ 250.60 on or before November 1, 2010,

   c. ☐ By paying the sum of $_____ on or before _____,

   d. ☐ By paying the sum of $_____ on or before _____,

   e. ☐ Other:

4. ☒ The Debtor(s) shall maintain insurance coverage on the property and shall remain current on all taxes that fall due postpetition with regard to the property.

5. ☐ The Debtor(s) shall file a Disclosure Statement and Plan on or before *(specify date)*:
   Disclosure Statement shall be approved on or before *(specify date)*:
   The Plan shall be confirmed on or before *(specify date)*:

6. ☒ Upon any default in the foregoing terms and conditions, Movant shall serve written notice of default to Debtor(s), and any attorney for Debtor(s). If Debtor(s) fails to cure the default within 14 calendar days after mailing of such written notice:

   a. ☐ The stay shall automatically terminate without further notice, hearing or order.

   b. ☒ Movant may file and serve a declaration under penalty of perjury specifying the default, together with a proposed order terminating the stay, which the Court may grant without further notice or hearing.

   c. ☐ The Movant may move for relief from the stay upon shortened notice in accordance with Local Bankruptcy Rules.

   d. ☐ The Movant may move for relief from the stay on regular notice.

*(Continued on next page)*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                    **F 4001-1O.RP**

Order on Motion for Relief from Stay (Real Property) - Page 4 of 7

| In Re | (SHORT TITLE) | | CHAPTER: | 13 |
|---|---|---|---|---|
| Blanca Herrera | | Debtor(s) | CASE NO: | 2:09-bk-34424-VZ |

7. ☒ Notwithstanding anything contained herein to the contrary, the Debtor(s) shall be entitled to a maximum of __3__ *(number)* notices of default and opportunities to cure pursuant to the preceding paragraph. Once a Debtor(s) has defaulted this number of times on the obligations imposed by this Order and has been served with this number of notices of default, Movant shall be relieved of any obligation to serve additional notices of default and provide additional opportunities to cure. If an event of default occurs thereafter, Movant shall be entitled, without first serving a notice of default and providing the Debtor(s) with an opportunity to cure, to file and serve a declaration under penalty of perjury setting forth in detail the Debtor's failures to perform hereunder, together with a proposed order terminating the stay, which the Court may enter without further notice or hearing.

8. ☒ The foregoing terms and conditions shall be binding only during the pendency of this bankruptcy case. If, at any time, the stay is terminated with respect to the Property by court order or by operation of law, the foregoing terms and conditions shall cease to be binding and Movant may proceed to enforce its remedies under applicable non-bankruptcy law against the Property and/or against the Debtor(s).

9. ☒ If Movant obtains relief from stay based on Debtor's(s') defaults hereunder, the order granting that relief shall contain a waiver of the 14-day stay created by Federal Rule of Bankruptcy Procedure 4001(a)(3).

10. ☒ Movant may accept any and all payments made pursuant to this Order without prejudice to or waiver of any rights or remedies to which it would otherwise have been entitled under applicable non-bankruptcy law.

11. ☒ Other *(specify)*:

Debtor shall pay to Movant the sum of $800.00, representing its attorneys' fees incurred in bringing this action. Said fees shall be paid through the Debtor's Chapter 13 Plan. Movant may file an Amended Proof of Claim to reflect the addition of said fees.

Any funds received by Movant, which are subsequently returned for non-sufficient funds, including funds received and applied prior to the terms of this Order, shall be subject to the default provisions contained herein.

Approved as to form and content:

_/s/ David F. Makkabi_
David F. Makkabi, Esq.
Attorney for Movant

_/s/ Andrew Edward Smyth_
Andrew Edward Smyth
Attorney for Debtor


_____
Blanca Herrera
Debtor

Judge's Initials

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

December 2009

F 4001-10.RP

| In Re | (SHORT TITLE) | | CHAPTER: | 13 |
|---|---|---|---|---|
| Blanca Herrera | | Debtor(s) | CASE NO: | 2:09-bk-34424-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Prober & Raphael, A Law Corporation, 20750 Ventura Boulevard, Suite 100, Woodland Hills, California 91364

The foregoing document described STIPULATED ORDER ON MOTION FOR RELIEF FROM STAY (REAL PROPERTY) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 5/12/10 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 5/12/10 | Danielle Seth-Hunter | /s/ Danielle Seth-Hunter |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

___
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                         **F 4001-1O.RP**

| In Re | (SHORT TITLE) | | CHAPTER: | 13 |
|---|---|---|---|---|
| Blanca Herrera | | Debtor(s) | CASE NO: | 2:09-bk-34424-VZ |

II. **SERVED BY U.S. MAIL**

Hon. Vincent P. Zurzolo
U.S. Bankruptcy Court
Roybal Federal Building
255 E. Temple Street, Suite 1360
Los Angeles, CA 90012-3332
Judge's Copy

Blanca Herrera
4230 Van Buren Place
Los Angeles, CA 90037
Debtor

Andrew Edward Smyth, Esq.
Smyth Law Office
4929 Wilshire Blvd, Ste 605
Los Angeles, CA 90010
Attorney for Debtor

Nancy K. Curry
606 South Olive Street, Suite 1850
Los Angeles, CA 90014
Chapter 13 Trustee

Bank of America Mortgage
Attn: Bankruptcy Dept.
475 Crosspoint Parkway
Getzville, NY 14068
Second Lienholder

Prober & Raphael, A Law Corporation
20750 Ventura Blvd, Suite 100
Woodland Hills, CA 91364

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2009*                                                                                                     **F 4001-1O.RP**